UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538-RDD<br>(Jointly Administered) |
| Florida Builder Appliances, Inc.,<br>         Plaintiff,<br><br>v.<br><br>Regent Cabinetry And More, Inc.<br>         Defendant. | Adv. Case No. 20-06755 -RDD |

## AFFIDAVIT OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case. At my direction and under my supervision, employees of Reliable caused to be served the following documents;

- Summons and Notice of Pretrial Conference in an Adversary Proceeding issued in the above-captioned Adversary Case

- Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502, asserted against the Defendant in the above-captioned Adversary Case

- Seventh Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by the Debtors Pursuant to Sections 502, 547, 548 And 550 of the Bankruptcy Code [In re Sears Holding Corporation 18-23538 (RDD) Docket No. 9060]

by First Class Mail on November 2, 2020 addressed as follows:

Regent Cabinetry And More, Inc.
5610 Zip Drive
Ft. Myers FL 33905

Regent Cabinetry And More, Inc.
C/O National Registered Agents, Inc.
1209 Orange Street
Wilmington DE 19801

X _____
David Kitto

Dated: November 6, 2020
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 6th day of November 2020, by David Kitto, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

GENE MATTHEWS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 14th, 2022

2